upon some claim which existed against the deceased in his lifetime and for a claim accruing wholly in the time of the administration, the administrator is liable only in his personal character. *Snipes v. Monds, ante,* 190.

The judgment is
Reversed.

---

### E. A. McNEILL v. CALLAHAN CONSTRUCTION COMPANY.

(Filed 4 November, 1925.)

APPEAL by defendant from *Finley, J.,* at July Term, 1925, of ASHE. No error.

*T. C. Bowie for plaintiff.*
*W. R. Bauguess for defendant.*

PER CURIAM. · We have given the appellant's exceptions due consideration and find no error which entitles it to a new trial.

No error.

---

### STATE v. C. T. NEAL.

(Filed 4 November, 1925.)

APPEAL by defendant from *Schenck, J.,* at January Term, 1925, of FORSYTH. No error.

Defendant was convicted upon indictment charging violation of C. S., 4250. From judgment that defendant be imprisoned in the county jail of Forsyth County for a term of eight months, to be worked upon the roads of said county, defendant appealed.

*Attorney-General Brummitt and Assistant Attorney-General Nash for the State.*
*W. T. Wilson for defendant.*

PER CURIAM. We have examined the twenty-four assignments of error relied upon by defendant upon his appeal to this Court. All are based upon exceptions to the admission or exclusion of evidence. There are no exceptions to the charge of the Court. The assignments of error cannot be sustained. The evidence submitted to the jury is ample to support the verdict. The judgment is affirmed. There is

No error.